## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: | Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| Darrell Sears, 8:20-cv-10017-MCR-GRJ | |

## NOTICE OF DESIGNATED FORUM

Plaintiff, DARRELL SEARS, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the SOUTHERN DISTRICT OF WEST VIRGINIA absent direct filing on the administrative docket.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: February 15, 2022          Respectfully submitted,

/s/ Lesley Paniszczyn
THOMAS J. HENRY LAW, PC
Lesley Paniszczyn
Lpan.3m@thomasjhenrylaw.com
521 Starr Street
Corpus Christi, Texas 78401
Telephone No.: (361) 985-0600
Facsimile No.: (361) 985-0601
TX Bar: 24079103

*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing Notice of Designated Forum was filed electronically with the Clerk of the Court using the CM/ECF system on February 15, 2022 served electronically on all counsel of record.

/s/ *Lesley Paniszczyn*
Lesley Paniszczyn